%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Paul J. McNally, as he is Trustee, Massachusetts
Laborers' Health and Welfare Fund and New England
Laborers' Training Trust Fund; James Merloni, Jr.,
as he is Trustee, Massachusetts Laborers' Pension
Fund and Massachusetts Legal Services Fund; Martin
F. Walsh, as he is Trustee, Massachusetts
Laborers' Annuity Fund,
                     Plaintiffs
                V.

Mac's Contracting Co., Inc.,
                Defendant

               and

Peabody Construction Company,
            Reach-and-Apply Defendant
             and

Eastern Bank,
            Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-11775JLT**

TO: (Name and address of Defendant)
    Peabody Construction Company
    536 Granite Street
    Braintree, MA 02184

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Gregory A. Geiman, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE January 28, 2005



Norfolk County Sheriff's Department   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

February 8, 2005

I hereby certify and return that on 2/4/2005 at 12:55PM I served a true and attested copy of the summons, complaint, and exhibits in this action in the following manner: To wit, by delivering in hand to Anne O'Reilly, clerk and agent, person in charge at the time of service for Peabody Construction Company, at 536 Granite Street, Braintree, MA 02184. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($7.68) Total Charges $45.18

*Deputy Sheriff*

Deputy Sheriff William M Blake

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date           *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.