AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

1 J. McNally, as he is Trustee, Massachusetts
orers' Health and Welfare Fund and New England
orers' Training Trust Fund; James Merloni, Jr.,
he is Trustee, Massachusetts Laborers' Pension
d and Massachusetts Legal Services Fund; Martin
Walsh, as he is Trustee, Massachusetts
orers' Annuity Fund,
                    Plaintiffs
                         V.
's Contracting Co., Inc.,
         Defendant
           and
body Construction Company,
         Reach-and-Apply Defendant
           and
tern Bank,
         Trustee

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-11775 JLT**

TO: (Name and address of Defendant)

Mac's Contracting Co., Inc.
41 Harrison Avenue
Saugus, MA 01906

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory A. Geiman, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  8-13-04

TRUE ATTEST COPY

DEPUTY SHERIFF

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*                                                                February 14, 2005

I hereby certify and return that on 2/12/2005 at 12:09PM I served a true and attested copy of the summons, amended complaint, exhibits A & B in this action in the following manner: To wit, by delivering in hand to Michelle Melanson, agent, person in charge at the time of service for Mac's Contracting Company, 41 Harrison Avenue, Saugus MA 01906. Basic Service Fee ($30.00), Conveyance ($3.00), Travel ($6.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $45.40

                                                                /s/ Feeney
                                                                Deputy Sheriff

Deputy Sheriff Kenneth Feeney

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.