UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PAUL J. MCNALLY, ET AL,**
    **Plaintiffs,**

    **V**                    **CA 04-11775-JLT**

**MAC'S CONTRACTING, ET AL**
    **Defendants.**

### SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

   The court having been advised on May 10, 2005 by counsel for the parties that the above action has been settled:   IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **180** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                                           Zita Lovett
                                                              /s/

                                                            **Deputy Clerk**

June 27, 2005